IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

FILED
99 APR 15 PM 3:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
APR 15 1999

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | )  CIVIL ACTION NUMBER: |
| JOEL LEE MOORE | )  CV-99-C-0412-J |
| Defendant. | ) |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW ON MOTION
FOR DEFAULT JUDGMENT AGAINST JOEL LEE MOORE**

Based on plaintiff's verified Motion for Default, the Court makes the following Findings of Fact.

1. Defendant Joel Lee Moore was personally served with process in this case on March 4, 1999.

2. More than twenty (20) days have elapsed since the defendant Joel Lee Moore was served with process, and he has failed to answer or otherwise respond to the complaint.

3. Defendant Joel Lee Moore is not in the Armed Forces of the United States and is neither an infant nor an incompetent person.

Based on these Findings, the Court concludes that Joel Lee Moore has defaulted.

Done this 15TH day of April, 1999.

_____
United States District Judge
U. W. Clemon